UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. 1:26-mj-000307-RSK

LAKENTO BRIAN SMITH, Hon. Ray Kent
United States Magistrate Judge

Defendant.
_________________________________/

**PROTECTIVE ORDER**

For the reasons stated in the unopposed motion for a protective order,

IT IS HEREBY ORDERED, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, that,

1. Any and all discovery material produced by the government to the defense pursuant to this protective order is to be used by Defendant and defense counsel solely for the preparation of the defense of this case. No disclosure of discovery material is authorized except as necessary to the preparation of the defense in this case, and such determination of necessity is to be made by counsel, not by Defendant.

2. Disclosure of discovery material, disclosed by the government in original or redacted form, is permitted to (1) members of the defense team, including Defendant, defense counsel, experts, and other persons as are reasonably employed by them as may be necessary to prepare a defense; (2) any potential witness interviewed by the defense team in the criminal case, if counsel determines that it is necessary to display records to such witnesses for the purpose of preparing the defense of this case, and (3) this Court.

3. Defense counsel will take all reasonable steps necessary to ensure that discovery material containing personally identifiable information (PII) is not improperly disclosed.

4. These restrictions do not apply to discovery materials that are public record, including, but not limited to, transcripts of proceedings; documents, recording, and other materials that have been received in evidence at public hearings or proceedings; or documents or materials that are otherwise in the public domain.

IT IS SO ORDERED.

Date: August 5, 2026

/s/ Ray Kent
HON. RAY KENT
United States Magistrate Judge