# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| | |
|---|---|
| **USA v.** Lakento Brian Smith | **Mag. Judge:** Ray Kent |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-mj-00307-RSK* | August 5, 2026 | 2:02 - 3:24 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Daniel McGraw | James Fisher | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| | Complaint | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>__mute __nolo contendre<br>__not guilty __guilty<br>__ Initial Pretrial Conference<br>✓ Detention (waived __)<br>✓ Preliminary (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: ____________ | __ Defendant's Rights<br>__ Waiver of ____________<br>__ Consent to Mag. Judge for ________<br>__ Other:<br>____________<br>____________<br>Court to Issue:<br>__ Report & Recommendation<br>✓ Order of Detention<br>__ Order to file IPTC Statements<br>✓ Bindover Order - Grand Jury<br>__ Order Appointing Counsel<br>__ Other:<br>____________ | Guilty Plea to Count(s) ________<br>of the ____________<br>Count(s) to be dismissed at sentencing:<br>____________<br>Presentence Report:<br>__Ordered __Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| *Held concurrently with 1:06-cr-32.<br><br>Government called SA Joe Mack, for testimony; preliminary hearing held, probable cause found; detention hearing held, defendant detained. | Imprisonment: ____________<br>Probation: ____________<br>Supervised Release: ____________<br>Fine: $ ____________<br>Restitution: $ ____________<br>Special Assessment: $ ____________<br>Plea Agreement Accepted: __Yes __No<br>Defendant informed of right to appeal: __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ ____________ |
| **CASE TO BE:** Referred to Grand Jury | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** **K. Belanger** |