UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 1:26−mj−00307−RSK

    v.                                Hon. Ray Kent

LAKENTO BRIAN SMITH,

       Defendant.

_____/


**ORDER HOLDING DEFENDANT**
**FOR PROCEEDINGS BEFORE THE GRAND JURY**

      The parties appeared before me on August 5, 2026 for a preliminary examination on the complaint, which charges defendant with conspiracy to launder monetary instruments to promote felony violations of the Controlled Substances Act, and conceal the nature, source, or ownership of the proceeds of felony violations of the Controlled Substances Act. in violation of 18 U.S.C. § 1956(h). Defendant was represented by counsel and the court found probable cause to support the charges. Accordingly:

      IT IS ORDERED that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to Fed. R. Crim. P. 5.1.   An arraignment and initial pretrial conference if indicted, or status conference, is set before the undersigned on August 13, 2026 at 10:00 AM.

      IT IS SO ORDERED.


Dated:   August 5, 2026          /s/ Ray Kent_____
                                RAY KENT
                                U.S. Magistrate Judge