UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                    Plaintiff,                          Case No.  1:26-cr-84

v.
                                                        Hon.   Jane M. Beckering

LAKENTO BRIAN SMITH
_____                         **DEFENDANT'S INITIAL PRETRIAL**
                    Defendant.                           **CONFERENCE SUMMARY STATEMENT**

        Defendant _____ LAKENTO BRIAN SMITH _____ , through his/her attorney,
submits the following initial pretrial conference summary statement.

I.      DISCOVERY

        ☒  The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

        The defendant    ☒ will    ☐ will not provide reciprocal discovery.

II.     TRIAL

        The defendant requests a   ☒ jury    ☐ non-jury  trial.

III.    MISCELLANEOUS

        ☐   This case may be appropriate for expedited resolution and sentencing.  Defendant
            consents to preparation of an expedited sentencing report and waives the
            applicable provisions established in Rule 32(e)(1)(2) and (f)(1)(2)(3) of the Federal
            Rules of Criminal Procedure; this does not obligate defendant to plead guilty.

        ☒   Counsel for defendant is unaware at this time of any known conflict with counsel's
            representation of defendant.  Counsel will immediately advise the court if any such
            conflict becomes known.

        ☐   Counsel for defendant is aware of the following potential conflicts:

        +--------------------------------------------------------------------------+
        |                                                                          |
        |                                                                          |
        |                                                                          |
        +--------------------------------------------------------------------------+

IV.     OBLIGATIONS

        ☒   Counsel for defendant acknowledges having reviewed the Obligations of Defense
            Counsel section available at the court's website, www.miwd.uscourts.gov >>
            Attorney Information >> Criminal Case Information.

Date _____ 08/11/2026 _____          _____ /s/ James Stevenson Fisher _____
                                                 Counsel for Defendant

                                                                        (Rev. 07/27/2015)