UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

LAKENTO BRIAN SMITH,
      also known as "Beans,"
JAVON DREVELLE BREWER,
      also known as "JB," and
FLETCHER LEE SALAZAR,
      also known as "Lee,"

           Defendants.
_____/

Case No.: 1:26-cr-00084-JMB

INDICTMENT
**PENALTY SHEET**

### 01 – LAKENTO BRIAN SMITH

**COUNT 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. § 846)**

| | |
|---|---|
| **Maximum penalty:** | with a prior serious drug felony, not less than 15 years and not more than life in prison, and a $20,000,000 fine [21 U.S.C. § 841(b)(1)(A)] |
| **Supervised Release:** | with a prior serious drug felony, not less than 10 years and not more than life [21 U.S.C. § 841(b)(1)(A)] |
| **Special Assessment**: | $100 [18 U.S.C. § 3013] |

**COUNT 2 – Money Laundering Conspiracy (18 U.S.C. § 1956(h))**

| | |
|---|---|
| **Maximum penalty:** | not more than 20 years in prison and a $500,000 fine, or twice the value of the property involved in the transaction, whichever is greater [18 U.S.C. §§ 1956(a), 1956(h)] |
| **Supervised Release:** | not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559) |
| **Special Assessment**: | $100 [18 U.S.C. § 3013] |

**FORFEITURE**

**02 – JAVON DREVELLE BREWER**

**COUNT 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. § 846)**

| | |
|---|---|
| **Maximum penalty:** | not less than 10 years and not more than life in prison, and a $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)] |
| **Supervised Release:** | not less than 5 years and not more than life [21 U.S.C. § 841(b)(1)(A)] |
| **Special Assessment**: | $100 [18 U.S.C. § 3013] |

**FORFEITURE**

**COUNT 2 – Money Laundering Conspiracy (18 U.S.C. § 1956(h))**

| | |
|---|---|
| **Maximum penalty:** | not more than 20 years in prison and a $500,000 fine, or twice the value of the property involved in the transaction, whichever is greater [18 U.S.C. §§ 1956(a), 1956(h)] |
| **Supervised Release:** | not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559) |
| **Special Assessment**: | $100 [18 U.S.C. § 3013] |

**FORFEITURE**

**COUNT 4 – Possession with Intent to Distribute Heroin (21 U.S.C. § 841(a)(1))**

| | |
|---|---|
| **Maximum penalty:** | not less than 5 years and not more 40 years in prison, and a $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)] |
| **Supervised Release:** | not less than 4 years and not more than life [21 U.S.C. § 841(b)(1)(B)] |
| **Special Assessment**: | $100 [18 U.S.C. § 3013] |

**FORFEITURE**

**03 – FLETCHER LEE SALAZAR**

**COUNT 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. § 846)**

**Maximum penalty:**     not less than 10 years and not more than life in prison, and a $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)]

**Supervised Release:**     not less than 5 years and not more than life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**:     $100 [18 U.S.C. § 3013]

**COUNT 3 – Possession with Intent to Distribute Controlled Substances (21 U.S.C. § 841(a)(1))**

**Maximum penalty:**     not less than 10 years and not more than life in prison, and a $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)]

**Supervised Release:**     not less than 5 years and not more than life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**:     $100 [18 U.S.C. § 3013]

Date:  August 11, 2026          /s/ Daniel T. McGraw
                               Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046