*United States v. Smith et al.*; Federal Search Warrants (W.D. Mich. unless otherwise noted)[1]

|    | Case No. | Date | Caption |
|----|----------|------|---------|
| 1  | 1:25-mj-464-MV | 9/10/25 | Records and information re: 979-848-4007 AT&T (TP1) |
| 2  | 1:25-mj-491-PJG | 9/24/25 | Information re: Ring LLC account, Javon Brewer |
| 3  | 1:25-mj-497-PJG | 9/26/25 | Information re: Apple ID jaybrewer47@icloud.com |
| 4  | 1:25-mj-523-SJB | 10/9/25 | Records and information re: 979-848-4007 AT&T (TP1) |
| 5  | 1:25-mj-526-SJB | 10/11/25 | Records and information re: 341-937-8138 AT&T (TP2) |
| 6  | 1:25-mj-651-RSK | 12/1/25 | Records and information re: TP1 and TP2 |
| 7  | 1:25-mj-652-RSK | 12/1/25 | Records and information re: 346-691-1496 T-Mobile (TP3) |
| 8  | 1:25-mj-653-RSK | 12/1/25 | Information re: Ring LLC account, Javon Brewer |
| 9  | 1:26-mc-4-HYJ | 1/20/25 | In re: Order Authorizing Interception of Wire Comms -4007 (TP1) |
| 10 | 1:26-mj-21-SJB | 1/22/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) Tracker |
| 11 | 1:26-mj-22-RSK | 1/23/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) Tracker |
| 12 | 1:26-mj-25-PJG | 1/27/26 | Records and information re: 231-638-1053 AT&T (TP4) |
| 13 | 1:26-mj-26-PJG | 1/26/26 | Records and information re: 341-937-8138 AT&T (TP2) |
| 14 | 1:26-mj-41-RSK | 2/3/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) Tracker |
| 15 | 1:26-mj-53-SJB | 2/11/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |
| 16 | 1:26-mj-54-SJB | 2/11/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 17 | 1:26-mj-55-SJB | 2/11/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 18 | 1:26-mj-56-SJB | 2/11/26 | iPhone associated with 979-848-4007 (TP1) |
| 19 | 1:26-mc-4-HYJ | 2/18/25 | In re: Order Authorizing Interception of Wire Comms -4007 (TP1) |
| 20 | 1:26-mj-64-SJB | 2/20/26 | Records and information re: 480-670-7998 Verizon (TP5) |
| 21 | 1:26-mj-70-SJB | 2/20/26 | USPS Priority mail Parcel 9505 5131 8203 6048 9359 82 |
| 22 | 1:26-mj-71-SJB | 2/20/26 | S Densmore Street, Muskegon, MI (Subject Premises) |
| 23 | 1:26-mj-74-RSK | 2/25/26 | Records and information re: 956-363-8544 AT&T (TP7) |
| 24 | 1:26-mj-75-RSK | 2/24/26 | Records and information re: 231-720-4423 Verizon (TP6) |
| 25 | 1:26-mj-81-RSK | 2/25/26 | Gray LG cell phone; gray Samsung cell phone; light blue Google |
| 26 | 1:26-mj-89-PJG | 3/3/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |
| 27 | 1:26-mj-90-PJG | 3/3/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 28 | 1:26-mj-91-PJG | 3/3/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 29 | 1:26-mj-92-PJG | 3/3/26 | iPhone associated with 979-848-4007 (TP1) |
| 30 | 1:26-mj-93-PJG | 3/3/26 | Records and information re: 231-638-1053 AT&T (TP4) |
| 31 | 1:26-mj-100-SJB | 3/6/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) Tracker |
| 32 | 1:26-mj-101-SJB | 3/6/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) Tracker |
| 33 | 1:26-mj-106-SJB | 3/6/26 | Records and information re: 231-855-3130 AT&T (TP8) |
| 34 | 7:26-mc-5070 (SDTX) | 3/10/26 | Red 2018 Kenworth T680 Texas Reg R801241 Tracker |
| 35 | 1:26-mc-4-HYJ | 3/18/26 | In re: Order Authorizing Interception of Wire Comms -4007 (TP1) |
| 36 | 1:26-mj-112-RSK | 3/18/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |
| 37 | 1:26-mj-113-RSK | 3/18/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 38 | 1:26-mj-114-RSK | 3/18/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 39 | 1:26-mj-115-HYJ | 3/18/26 | iPhone associated with 979-848-4007 (TP1) |
| 40 | 1:26-mj-117-RSK | 3/18/26 | Subject Devices 1, 2, 3 |
| 41 | 1:26-mj-120-RSK | 3/19/26 | Records and information re: 619-398-6337 T-Mobile (TP9) |
| 42 | 1:26-mj-130-SJB | 3/27/26 | Records and information re: 956-363-8544 AT&T (TP7) |
| 43 | 1:26-mj-131-SJB | 3/27/26 | Records and information re: 713-631-9122 Verizon (TP10) |
| 44 | 1:26-mj-134-SJB | 3/27/26 | Records and information re: 231-720-4423 Verizon (TP6) |
| 45 | 1:26-mj-141-MV | 4/2/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |

[1] Remain sealed due to ongoing investigation and involvement of uncharged individuals.

**EXHIBIT 1**

| 46 | 1:26-mj-142-MV | 4/2/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 47 | 1:26-mj-143-MV | 4/2/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 48 | 1:26-mj-144-MV | 4/2/26 | iPhone associated with 979-848-4007 (TP1) |
| 49 | 1:26-mc-4-HYJ | 4/13/26 | In re: Order Authorizing Interception of Wire Comms -4007 (TP1) |
| 50 | 1:26-mj-160-SJB | 4/17/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |
| 51 | 1:26-mj-161-SJB | 4/17/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 52 | 1:26-mj-162-SJB | 4/17/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 53 | 1:26-mj-163-SJB | 4/17/26 | iPhone associated with 979-848-4007 (TP1) |
| 54 | 1:26-mj-164-PJG | 4/20/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) Tracker |
| 55 | 1:26-mj-165-PJG | 4/20/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) Tracker |
| 56 | 1:26-mj-166-PJG | 4/20/26 | Records and information re: 619-398-6337 T-Mobile (TP9) |
| 57 | 1:26-mj-177-RSK | 4/30/26 | A Blue iPhone (Subject Device 1) |
| 58 | 1:26-mj-187-SJB | 5/5/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |
| 59 | 1:26-mj-188-SJB | 5/5/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 60 | 1:26-mj-189-SJB | 5/5/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 61 | 1:26-mj-190-SJB | 5/5/26 | iPhone associated with 979-848-4007 (TP1) |
| 62 | 1:26-mj-200-SJB | 5/8/26 | Records and information re: 231-683-5872 T-Mobile (TP11) |
| 63 | 1:26-mc-4-HYJ | 5/12/26 | In re: Order Authorizing Interception of Wire Comms -4007 (TP1) |
| 64 | 2:26-mj-39-MV | 5/14/26 | Information re: the Accounts from Google LLC |
| 65 | 2:26-mj-40-MV | 5/15/26 | Records and information re: 713-631-9122 Verizon (TP10) |
| 66 | 1:26-mj-212-RSK | 5/27/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |
| 67 | 1:26-mj-213-RSK | 5/27/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 68 | 1:26-mj-214-RSK | 5/27/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 69 | 1:26-mj-215-RSK | 5/27/26 | iPhone associated with 979-848-4007 (TP1) |
| 70 | 1:26-mj-216-RSK | 5/27/26 | iPhone associated with 231-638-1053 (TP4) |
| 71 | 1:26-mj-218-RSK | 5/27/26 | Records and information re: 231-638-1053 AT&T (TP4) |
| 72 | 1:26-mj-228-MV | 5/29/26 | Information re: Ring LLC account, Javon Brewer |
| 73 | 1:26-mj-229-SJB | 6/1/26 | Information re: Apple ID 231-220-4015 (Target Account) |
| 74 | 1:26-mj-230-SJB | 6/1/26 | Information re: Apple ID Accounts (Target Accounts) |
| 75 | 1:26-mj-237-SJB | 6/4/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) Tracker |
| 76 | 1:26-mj-238-SJB | 6/4/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) Tracker |
| 77 | 1:26-mc-4-HYJ | 6/9/26 | In re: Order Authorizing Interception of Wire Comms -4007 (TP1) |
| 78 | 1:26-mj-253-SJB | 6/16/26 | Records and information re: 231-683-5872 T-Mobile (TP11) |
| 79 | 1:26-mj-263-MV | 6/25/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |
| 80 | 1:26-mj-264-MV | 6/25/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 81 | 1:26-mj-265-MV | 6/25/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 82 | 1:26-mj-266-MV | 6/25/26 | iPhone associated with 979-848-4007 (TP1) |
| 83 | 1:26-mj-267-MV | 6/25/26 | Brian Drive, Muskegon, MI (Target Premises 2) |
| 84 | 1:26-mj-268-MV | 6/25/26 | iPhone associated with 231-638-1053 (TP4) |
| 85 | 1:26-mj-269-MV | 6/25/26 | Sanford Street, Muskegon Heights, MI (Target Premises 3) |
| 86 | 1:26-mj-270-MV | 6/25/26 | Cell phone associated with 231-327-5213 (TP12) |
| 87 | 1:26-mj-272-MV | 6/26/26 | Records and information re: 341-837-8138 AT&T (TP2) |
| 88 | 1:26-mj-273-MV | 6/25/26 | Subject Device 1, 2 |
| 89 | 1:26-mj-290-MV | 7/15/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) Tracker |
| 90 | 1:26-mj-291-MV | 7/15/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) Tracker |
| 91 | 1:26-mj-292-MV | 7/16/26 | Highland Street, Muskegon Heights MI (Target Premises 1) |
| 92 | 1:26-mj-293-MV | 7/16/26 | Black 2024 Toyota Tundra 1QJQ17 (TV1) |
| 93 | 1:26-mj-294-MV | 7/16/26 | Gray 2016 Chevrolet Silverado EDW1743 (TV2) |
| 94 | 1:26-mj-295-MV | 7/16/26 | iPhone associated with 979-848-4007 (TP1) |
| 95 | 1:26-mj-296-MV | 7/16/26 | Brian Drive, Muskegon, MI (Target Premises 2) |

EXHIBIT 1

| 96 | 1:26-mj-297-MV | 7/16/26 | iPhone associated with 231-638-1053 (TP4) |
| 97 | 1:26-mj-298-MV | 7/16/26 | Sanford Street, Muskegon Heights, MI (Target Premises 3) |
| 98 | 1:26-mj-299-MV | 7/16/26 | Cell phone associated with 231-327-5213 (TP12) |
| 99 | 1:26-mj-300-MV | 7/16/26 | Snowberry Way, Muskegon, MI (Target Premises 4) |
| 100 | 1:26-mj-301-MV | 7/16/26 | Cell phone associated with 231-855-3130 (TP8) |
| 101 | 1:26-mj-306-MV | 7/16/26 | Records and information re: 231-683-5872 T-Mobile (TP11) |
| 102 | 4:26-mc-6618 (SDTX) | 7/17/26 | Target Subject 1 |
| 103 | 4:26-mc-6619 (SDTX) | 7/17/26 | Target Subject 2 |
| 104 | 4:26-mc-6620 (SDTX) | 7/17/26 | Main Street, Apt 720, Houston, Texas (Target Premises) |
| 105 | 4:26-mc-6621 (SDTX) | 7/17/26 | Cell phone associated with 713-631-9122 (Target Phone) |
| 106 | 1:26-mj-310-RSK | 7/21/26 | Riordan Street, Muskegon Heights, MI (Target Premises 5) |
| 107 | 1:26-mj-311-RSK | 7/21/26 | Target Subject |
| 108 | 1:26-mj-312-RSK | 7/21/26 | 2017 GMC Yukon ERB4530 (TV3) |
| 109 | 1:26-mj-313-RSK | 7/21/26 | Cell phone associated with 231-683-5872 (TP11) |
| 110 | 1:26-mj-314-RSK | 7/21/26 | Cell phone associated with 231-329-8152 (TP13) |
| 111 | 1:26-mj-316-RSK | 7/22/26 | Records and information re: 231-638-1053 AT&T (TP4) |
| 112 | 1:26-mj-322-SJB | 7/27/26 | Apple iPhone assigned telephone number 231-329-1978 (TP14) |
| 113 | 1:26-mj-327-SJB | 7/31/26 | Target Phone 3, Target Phone 15, Target Device 1 |
| 114 | 1:26-mj-332-MV | 8/6/26 | Information re: Ring LLC account, Javon Brewer |

EXHIBIT 1