UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Case No. 1:26-cr-084

Plaintiff,

v.

Hon.  Jane M. Beckering

JAVON DREVELLE BREWER

Defendant.

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant _____ JAVON DREVELLE BREWER _____ , through his/her attorney, submits the following initial pretrial conference summary statement.

I.   DISCOVERY

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant   ☒ will   ☐ will not provide reciprocal discovery.

II.   TRIAL

The defendant requests a  ☒ jury   ☐ non-jury  trial.

III.   MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant.  Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV.   OBLIGATIONS

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date _____ August 12, 2026 _____        s/ Peter A. VanGelderen
                                                                            Counsel for Defendant

(Rev. 03/01/2019)