UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH,

Defendant.

Case No. 1:26-cr-084

Hon. Jane M. Beckering
United States District Judge

**CERTIFICATE IN ACCORDANCE WITH ADMINISTRATIVE ORDER NO. 15-RL-78**

Defense counsel has consulted with the Assistant United States Attorney in this matter, Daniel T. McGraw. AUSA McGraw has indicated that the government has no objection to the previously filed motion. This Certificate is being filed in accordance with LCrimR 12.4 and Administrative Order No. 15-RL-78.

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

Dated: August 19, 2026

/s/ James Stevenson Fisher
JAMES STEVENSON FISHER
Senior Litigator
Office of the Federal Public Defender
50 Louis NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420