UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF REASSIGNMENT
OF CASE NO. 1:06-cr-32
_______________________________/

Administrative Order No. 26-CA-071

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH

Defendant.
_______________________________/

In accordance with Defendant Smith's pending case *USA v. Smith, et al.*, Case No. 1:26-cr-84, assigned to The Honorable Jane M. Beckering,

**IT IS HEREBY ORDERED** that this case regarding violations of supervised release be reassigned to The Honorable Jane M. Beckering, with the consent of both Judges Beckering and Maloney, pursuant to W.D. Mich. LCrR 56.5(a).

A copy of this Administrative Order shall be filed in each case referenced herein.

FOR THE COURT:

Dated: August 21, 2026

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE