UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH,
also known as "Beans,"
JAVON DREVELLE BREWER,
also known as "JB,"
FLETCHER LEE SALAZAR,
also known as "Lee," and
DEMARIO LANCE MATTHEWS,

Defendants.
_______________________________/

Case No. 1:26-cr-00084-JMB

SUPERSEDING INDICTMENT
**PENALTY SHEET**

**01 – LAKENTO BRIAN SMITH**

**COUNT 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. § 846)**

**Maximum penalty:** with a prior serious drug felony, not less than 15 years and not more than life in prison, and a $20,000,000 fine [21 U.S.C. § 841(b)(1)(A)]

**Supervised Release:** with a prior serious drug felony, not less than 10 years and not more than life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNT 2 – Money Laundering Conspiracy (18 U.S.C. § 1956(h))**

**Maximum penalty:** not more than 20 years in prison and a $500,000 fine, or twice the value of the property involved in the transaction, whichever is greater [18 U.S.C. §§ 1956(a), 1956(h)]

**Supervised Release:** not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

## 02 – JAVON DREVELLE BREWER

**COUNT 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. § 846)**

**Maximum penalty:** not less than 10 years and not more than life in prison, and a $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)]

**Supervised Release:** not less than 5 years and not more than life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

**COUNT 2 – Money Laundering Conspiracy (18 U.S.C. § 1956(h))**

**Maximum penalty:** not more than 20 years in prison and a $500,000 fine, or twice the value of the property involved in the transaction, whichever is greater [18 U.S.C. §§ 1956(a), 1956(h)]

**Supervised Release:** not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

**COUNT 4 – Possession with Intent to Distribute Heroin (21 U.S.C. § 841(a)(1))**

**Maximum penalty:** not less than 5 years and not more 40 years in prison, and a $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]

**Supervised Release:** not less than 4 years and not more than life [21 U.S.C. § 841(b)(1)(B)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

**03 – FLETCHER LEE SALAZAR**

**COUNT 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. § 846)**

**Maximum penalty:** not less than 10 years and not more than life in prison, and a $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)]

**Supervised Release:** not less than 5 years and not more than life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNT 3 – Possession with Intent to Distribute Controlled Substances (21 U.S.C. § 841(a)(1))**

**Maximum penalty:** not less than 10 years and not more than life in prison, and a $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)]

**Supervised Release:** not less than 5 years and not more than life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

## 04 – DEMARIO LANCE MATTHEWS

**COUNT 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. § 846)**

**Maximum penalty:** not less than 10 years and not more than life in prison, and a $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)]

**Supervised Release:** not less than 5 years and not more than life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNT 5 – Possession with Intent to Distribute Controlled Substances (21 U.S.C. § 841(a)(1))**

**Maximum penalty:** not less than 5 years and not more than 40 years in prison, and a $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]

**Supervised Release:** not less than 4 years and not more than life [21 U.S.C. § 841(b)(1)(B)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNT 6 – Possession of a Firearm in Furtherance of a Drug Trafficking Crime (18 U.S.C. § 924(c)(1)(A)(i)**

**Maximum penalty:** not less than 5 years and not more than life in prison, consecutive to any other term of imprisonment imposed, and a $250,000 fine [18 U.S.C. §§ 924(c)(1)(A)(i)]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)

**Special Assessment:** $100 [18 U.S.C. § 3013]

**COUNT 7 – Felon in Possession of a Firearm (18 U.S.C. § 922(g)(1)**

**Maximum penalty:** not more than 15 years in prison and a $250,000 fine [18 U.S.C. §§ 924(a)(8), 3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment:** $100 [18 U.S.C. § 3013]

**FORFEITURE**

Date: September 16, 2026

/s/ Daniel T. McGraw
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046