UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH, et al.,

Defendant.

Case No. 1:26-cr-00084

HON. JANE M. BECKERING

United States District Judge

**CERTIFICATE IN ACCORDANCE WITH LOCAL CRIMINAL RULE 12.4**

In accordance with L. Crim. R. 12.4, Defendant, through his counsel, conferred with Assistant United States Attorney Dan McGraw on September 18, 2026 regarding the substance of the motion for ends of justice continuance, including the need to review discovery materials and obtain additional productions of information. In response, Mr. McGraw indicated that the government does not oppose the motion.

Dated: September 18, 2026

DONDZILA LAW, PLLC

*/s/ Nicholas V. Dondzila*

Nicholas V. Dondzila
Attorney for Defendant
PO Box 728
Ada, MI 49301
(T): (616) 970-0931
nickdondzila@gmail.com