UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH,
JAVON DREVELLE BREWER, and
FLETCHER LEE SALAZAR,

Defendants.
_____________________________/

Case No. 1:26-cr-84

HON. JANE M. BECKERING

**ORDER**

This matter is before the Court on Defendant Lakento Brian Smith's Motion for Ends of Justice Continuance (ECF No. 58), seeking a 150-day continuance of the October 9, 2026 final pretrial conference and the October 19, 2026 jury trial. Defendants Lakento Brian Smith and Javon Drevelle Brewer have consented to the continuance (*see* ECF Nos. 58-1 & 60). The Court will set a deadline for Co-Defendant Fletcher Lee Salazar to file a signed consent to adjournment form or other statement concerning his position on the motion for a continuance. Accordingly:

**IT IS HEREBY ORDERED** that Co-Defendant Fletcher Lee Salazar shall, not later than September 25, 2026, file a signed[1] consent to adjournment form or other statement concerning his position on the motion for a continuance.

Dated: September 21, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

[1] A manuscript signature is required.