UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FLETCHER LEE SALAZAR,

Defendant.

Case No. 1:26-CR-84

Hon. Jane M. Beckering
United States District Judge

## WAIVER OF RIGHT TO SPEEDY TRIAL AND REQUEST FOR ENDS OF JUSTICE CONTINUANCE

I understand that I have a right to a speedy trial under 18 U.S.C. §3161. I request the Court to grant a continuance in this case so that full preparation can occur and I waive my right to a speedy trial as part of that request. I understand the matter will be set at a time that is convenient to the Court's schedule.

Date: September 21, 2026

Fletcher Lee Salazar