UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:26−cr−00084−JMB

v.

Hon. Jane M. Beckering

FLETCHER LEE SALAZAR,

Defendant.
______________________________/

**ORDER**

Defendant Fletcher Lee Salazar has filed a waiver of personal appearance at arraignment and entry of plea of not guilty. The Court accepts the waiver and enters a plea of not guilty on defendant's behalf.

IT IS SO ORDERED.

Dated: September 22, 2026

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge