UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH,
JAVON DREVELLE BREWER, and
FLETCHER LEE SALAZAR,

Defendants.
_______________________________/

Case No. 1:26-cr-84

HON. JANE M. BECKERING

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

This matter is before the Court on Defendant Lakento Brian Smith's request for a 150-day ends of justice continuance (ECF No. 58). The motion is unopposed (*see* ECF No. 59). Currently, the final pretrial conference is scheduled for October 9, 2026, and the jury trial is scheduled for October 19, 2026. The request for a continuance was made to allow additional time to obtain and review the voluminous discovery in this matter, and consider the available options in this case. Defendants Lakento Brian Smith, Javon Drevelle Brewer, and Fletcher Lee Salazar have consented to, or otherwise requested, the continuance (*see* ECF Nos. 58-1, 60, & 63).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (B)(iv). Accordingly:

**IT IS HEREBY ORDERED** that the Motion for Ends of Justice Continuance (ECF No. 58) is GRANTED. All pretrial motions shall be filed no later than January 15, 2027. All motions in limine shall be filed no later than January 25, 2027. Pre-conference filings shall be filed no later than February 12, 2027. Counsel shall provide to the Court hard copies of any exhibits to which objections have been made no later than February 12, 2027. Counsel for the party objecting is responsible for providing the hard copies of the objected-to exhibits to the Court. The final pretrial conference is rescheduled to **February 22, 2027 at 1:30 p.m.** The jury trial is rescheduled to **March 15, 2027 at 9:00 a.m.**[1]

Dated: September 23, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

[1] Counsel and Defendant(s) shall be present in the courtroom at 8:30 a.m. to address any preliminary matters.