UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH,
JAVON DREVELLE BREWER, and
FLETCHER LEE SALAZAR,

Defendants.
_______________________________________/

Case No. 1:26-cr-84

HON. JANE M. BECKERING

**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT SALAZAR**

Defendant Fletcher Lee Salazar, his appointed counsel Scott Graham, and his retained counsel Solomon M. Radner stipulate to the substitution of counsel described below and ask the Court to enter the attached proposed order. In support, they state:

1. On August 17, 2026, Scott Graham was appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Defendant Salazar.

2. Defendant Salazar has since retained Solomon M. Radner of Radner Law Group PLLC to represent him in this matter. Mr. Radner filed his appearance on October 1, 2026.

3. Defendant Salazar consents to this substitution, as shown by his signature below, and wishes to proceed with his retained counsel. Given that Mr. Salazar is being held in the Newaygo County Jail, Mr. Salzar and Mr. Radner exchanged text messages shortly before 4 pm on Oct. 15, 2026, via the jail's InmateSales.com's texting service, a screenshot of which is pasted hereto underneath Mr. Salazar's "/s/" signature.

4. Under this Court's Criminal Justice Act Plan, appointed counsel continues the representation until substitute counsel has filed a notice of appearance or the appointment is

terminated by court order. W.D. Mich. CJA Plan § XI.C. The parties ask the Court to terminate Mr. Graham's appointment by order so the record clearly reflects that retained counsel alone represents Defendant Salazar going forward.

5. The substitution will not delay the proceedings. Under the Court's Order Granting Ends of Justice Continuance (ECF No. 66), pretrial motions are due January 15, 2027, motions in limine are due January 25, 2027, the final pretrial conference is set for February 22, 2027, and trial is set for March 15, 2027. Substitute counsel will proceed on that schedule.

6. Mr. Graham will promptly deliver the client file to substitute counsel, including all discovery produced by the government. Substitute counsel acknowledges that discovery materials remain subject to the Protective Order (ECF No. 48) and agrees to be bound by it.

7. Counsel for the government, Assistant United States Attorney Daniel T. McGraw, has been advised of this substitution and has not taken a position other than advising retained undersigned counsel that discovery would only be produced after the court approves this substitution,

WHEREFORE, the undersigned respectfully request that the Court enter the attached Order for Substitution of Counsel, terminating the CJA appointment of Scott Graham and substituting Solomon M. Radner as retained counsel of record for Defendant Fletcher Lee Salazar.

STIPULATED AND AGREED:

Dated: October 15, 2026

/s/ Scott Graham (with permission)
Scott Graham (P41067)
Withdrawing CJA Counsel for Defendant
sgraham@scottgrahamPllc.com

Dated: October 15, 2026

/s/ Solomon M. Radner
Solomon M. Radner (P73653)
Substitute Retained Counsel for Defendant
Solomon@RadnerLawGroup.com

**CONSENT OF DEFENDANT**

I, Fletcher Lee Salazar, consent to the withdrawal of Scott Graham as my appointed counsel and to the substitution of Solomon M. Radner as my retained counsel in this case.

/s/ Fletcher Lee Salazar
Fletcher Lee Salazar, Defendant

Dated: Oct. 15, 2026



**CERTIFICATE OF SERVICE**

I certify that October 15, 2026, I electronically filed the foregoing Stipulation for Substitution of Counsel and the attached proposed order with the Clerk of the Court using the ECF system, which will send notification of the filing to all counsel of record, and that I served a copy on Defendant Fletcher Lee Salazar by first-class mail addressed to him at Newaygo County Jail, 1035 E. James St., White Cloud, MI 49349.

/s/ Solomon M. Radner
Solomon M. Radner (P73653)