UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:26-cr-84

v.

HON. JANE M. BECKERING

LAKENTO BRIAN SMITH,
JAVON DREVELLE BREWER, and
FLETCHER LEE SALAZAR,

Defendants.
______________________________________/

**ORDER FOR SUBSTITUTION OF COUNSEL AND TERMINATING CJA APPOINTMENT**

This matter is before the Court on the Stipulation for Substitution of Counsel for Defendant Fletcher Lee Salazar (ECF No. ___). Defendant has consented in writing to the substitution, and the Court finds that it will not delay the proceedings. Accordingly:

IT IS HEREBY ORDERED that the appointment of Scott Graham under the Criminal Justice Act, 18 U.S.C. § 3006A, as counsel for Defendant Fletcher Lee Salazar is TERMINATED, and Scott Graham is WITHDRAWN as counsel of record for Defendant.

IT IS FURTHER ORDERED that Solomon M. Radner of Radner Law Group PLLC is SUBSTITUTED as retained counsel of record for Defendant Fletcher Lee Salazar.

IT IS FURTHER ORDERED that Scott Graham shall promptly deliver the client file, including all discovery produced by the government, to substitute counsel. The Protective Order (ECF No. 48) applies to substitute counsel.

IT IS FURTHER ORDERED that all dates set in the Court's Order Granting Ends of Justice Continuance (ECF No. 66) remain in effect.

Dated: ____________________

______________________________________
JANE M. BECKERING
United States District Judge