UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FLETCHER LEE SALAZAR,

Defendant.
______________________________/

Case No. 1:26-cr-84-3

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is a renewed Stipulation for Substitution of Counsel for Defendant Salazar (ECF No. 70), seeking to substitute Solomon M. Radner in place of Scott Graham as counsel of record for Defendant. The Court having reviewed the request:

**IT IS HEREBY ORDERED** that the Stipulation for Substitution of Counsel for Defendant Salazar (ECF No. 70) is GRANTED. Solomon M. Radner, as retained counsel, is substituted in place of Scott Graham as counsel of record for Defendant.

**IT IS FURTHER ORDERED** that Scott Graham shall promptly deliver the client file, including all discovery produced by the government, to Solomon M. Radner. The Protective Order (ECF No. 48) applies to Solomon M. Radner.

**IT IS FURTHER ORDERED** that all dates set in the September 23, 2026 Order (ECF No. 66) remain in effect.

Dated: October 19, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge